BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| IN RE: FTX COLLAPSE LITIGATION | MDL Docket 3076 |
|---|---|

CORRECTED PROOF OF SERVICE

In accordance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, the undersigned hereby certifies that on March 7, 2023, a copy of the foregoing Motion to Correct Amended Proof of Service and this Corrected Proof of Service were electronically filed with the Clerk of the JPML by using the CM/ECF and was served on all counsel or parties via email and/or mail as follows:

| US District Court for the Southern District of Florida O'Keefe et al v Sequoia Capital Operations, LLC et al, Case No.: 1:23-CV-20700 ||
|---|---|
| *Counsel for Plaintiff, Connor O'Keefe :*<br>Via Electronic Mail<br>Amy Michelle Bowers<br>Stumphauzer Foslid Sloman Ross & Kolaya, PLLC<br>2 South Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1404<br>Fax: 305-614-1425<br>Email: abowers@sfslaw.com<br>Via Electronic Mail<br>Jorge A. Perez Santiago<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>Two South Biscayne Boulevard, Ste 1600<br>Miami, FL 33131<br>305-614-1400<br>Email: jperezsantiago@sknlaw.com<br>Via Electronic Mail<br>Benjamin D. Reichard<br>Richard Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: breichard@fishmanhaygood.com<br><br>Via Electronic Mail | Via Mail<br>Defendant, Sequoia Capital Operations, LLC<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center<br>1209 Orange St.<br>Wilmington, DE 19801<br>Via Mail<br>Defendant, Silvergate Bank<br>Through It's Registered Agent, CT Corporation System<br>330 N. Brand Blvd., Ste. 700,<br>Glendale, CA 91203<br>Via Mail<br>Defendant, Signature Bank<br>565 Fifth Avenue<br>New York, NY 70017<br>Via Mail<br>Defendant, Deltec Bank and Trust Company Limited<br>Deltec House, Lyford Cay<br>Nassau, Bahamas |

| | |
|---|---|
| C. Hogan Paschal<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: hpaschal@fishmanhaygood.com<br>　　　　　　　　　Via Electronic Mail<br>James R. Swanson<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: jswanson@fishmanhaygood.com<br>　　　　　　　　　Via Electronic Mail<br>Kerry James Miller<br>Fishman Haygood LLP<br>201 St. Charles Avenue, Suite 4600<br>New Orleans, LA 70170<br>504-586-5252<br>Email: kmiller@fishmanhaygood.com<br>　　　　　　　　　Via Electronic Mail<br>Monica Bergeron<br>Fishman Haygood L.L.P.<br>201 St. Charles Avenue, 46th Floor<br>New Orleans, LA 70170<br>(504) 586-5252<br>Email: mbergeorn@fishmanhaygood.com<br>　　　　　　　　　Via Electronic Mail<br>Timothy Andrew Kolaya<br>Stumphauzer Kolaya Nadler & Sloman, PLLC<br>2 S. Biscayne Boulevard, Suite 1600<br>Miami, FL 33131<br>305-614-1400<br>Fax: 305-614-1425<br>Email: tkolaya@sknlaw.com | 　　　　　　　　　Via Mail<br>Defendant, Farmington State Bank<br>d/b/a Moonstone Bank<br>103 North First Street<br>Farmington, WA 99128<br>　　　　　　　　　Via Mail<br>Defendant, Jean Chalopin<br>Deltec Houst, Lyford Cay<br>Nassau, Bahamas<br>　　　　　　　　　Via Mail<br>Defendant, Thoma Bravo L.P.<br>Through It's Registered Agent,<br>CT Corporation System<br>28 Liberty Street<br>New York, NY 10005<br>　　　　　　　　　Via Mail<br>Defendant, Paradigm Operations LP<br>Through It's Registered Agent, Cogency Global, Inc.<br>850 New Burton Road, Suite 201<br>Dover, DE 19904<br>　　　　　　　　　Via Mail<br>Defendant, Temasek Holdings (Private) Limited<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>　　　　　　　　　Via Mail<br>Defendant, Softbank Vision Fund (AIV M2) L.P.<br>Through It's Registered Agent, Corporation Service Company 251 Little Falls Drive<br>Wilmington, DE 19808<br>　　　　　　　　　Via Mail<br>Defendant, Ribbit Capital, L.P.<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801<br>　　　　　　　　　Via Mail<br>Defendant, Altimeter Capital Management, LP<br>Through It's Registered Agent, The Corporation Trust Company Corporation Trust Center 1209 Orange St.<br>Wilmington, DE 19801 |

|  | Via Mail<br>Defendant, Multicoin Capital Management LLC<br>501 West Ave., Apt. 3803<br>Austin, TX 78701<br>Via Mail<br>Defendant, Tiger Global Management, LLC<br>Through It's Registered Agent,<br>Corporation Service Company<br>251 Little Falls Drive<br>Wilmington, DE 19808<br>Via Mail<br>Defendant, Sino Global Capital Limited<br>c/o Matthew Graham Chaoyang, Beijing,<br>Beijing Shi, 100125, China<br>Via Mail<br>Defendant, Fenwick & West LLP<br>Silicon Vally Center 801 California Street<br>Mountain View, CA 94041<br>Via Eletronic Mail<br>*Counsel for Prager Metis CPAs, LLC*<br>Irene Yang<br>Sidley Austin LLP<br>555 California St<br>San Francisco, CA<br>(415) 772-1230<br>irene.yang@sidley.com<br>Via Mail<br>Defendant, Armanino, LLP<br>12657 Alcosta Blvd, Suite 500<br>San Ramon, CA 94583<br>Via Mail<br>Defendant, Softbank Group Corp.<br>Attn: SBGI Legal 1 Circle Star Way, 4F San Carlos, CA 94070 |
|---|---|

Dated: March 7, 2023                              Respectfully submitted,

By: */s/ Adam Moskowitz*
Adam M. Moskowitz
Joseph M. Kaye
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza, Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423
adam@moskowitz-law.com

joseph@moskowitz-law.com

By: */s/ David Boies*
David Boies
Alex Boies
Brooke Alexander
**BOIES SCHILLER FLEXNER LLP**
333 Main Street
Armonk, NY 10504
Phone: (914) 749–8200
dboies@bsfllp.com

By: */s/ Stephen Neal Zack*
Stephen Neal Zack
**BOIES SCHILLER FLEXNER LLP**
100 SE 2nd St., Suite 2800
Miami, FL 33131
Office: 305-539-8400
szack@bsfllp.com

By: */s/Jose M. Ferrer*
Jose M. Ferrer
**MARK MIGDAL & HAYDEN**
80 S.W. 8th Street, Suite 1999
Miami, Florida 33130
Telephone: (305) 374-0440
jose@markmigdal.com
eservice@markmigdal.com

*Co-Counsel for Petitioners, Edwin Garrison, Gregg Podalsky, Skyler Lindeen, Alexander Chernyavksy, Sunil Kavuri, Gary Gallant, and David Nicol*